James S. Macdonald, ISB # 7257
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, Chtd.
Attorneys at Law
102 South Euclid Avenue, Ste., 307
Post Office Box 1049
Sandpoint, Idaho 83864
Phone: (208) 263-8517
Fax: (208) 263-0759
james@ejame.com

Attorneys for the Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-21514-TLM |
| | ) | |
| DARREN G. BROTT and | ) | Chapter 7 |
| SUSAN A. BROTT L., | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

### *EX-PARTE* MOTION TO ENLARGE TIME

COMES NOW the above named Debtors, Darren G. Brott and Susan A. Brott (**"**Brotts**"** and or "Debtors"), by and through their counsel of record James S. Macdonald, of the law firm of ELSAESSER JARZABEK ANDERSON  ELLIOTT & MACDONALD, Chtd., pursuant to Fed. R. Bankr. P. 4008, 9005, and 9006, and hereby moves to enlarge the time to file the Debtors' Reaffirmation Agreement with Potlatch #1 Federal Credit Union ("Creditor") based upon the following:

1. The Debtors filed for Ch. 7 bankruptcy protection on November 11, 2010.

2. The § 341 (a) Meeting of Creditors was held on December 9, 2010.

3. Pursuant Fed. R. Bankr. P.4008 (a) any reaffirmation agreements were to be filed by February 8, 2011, which is no later than 60 days after the first date set for the

meeting of creditors under § 341 (a) of the Code.

    4.    The Debtors and Creditor were involved in negotiations about the terms of a proposed reaffirmation agreement concerning one of the Debtors' vehicles. The negotiations went passed February 8, 2011. On or about March 11, 2011, the Debtors and Creditor agreed on the terms of the reaffirmation agreement.

    5.    The undersigned states that pursuant to Fed. R. Bankr. P. 9006 (b)(1), it was excusable neglect that the negotiations between the Debtors and Creditor on the terms of the reaffirmation agreement went beyond the 60 day deadline of Rule 4008(a). The undersigned further states that pursuant to Fed. R. Bankr. P. 4008 (a), "the court may, at any time and in its discretion, enlarge the time to file a reaffirmation agreement."

    5.    The undersigned further states that pursuant to Fed. R. Bankr. P. 9005, it was harmless error that the negotiations between the Debtors and Creditor on the terms of the reaffirmation agreement went beyond the 60 day deadline of Rule 4008(a).

NOW WHEREFORE the Debtors pray for this Court to rule that is was excusable neglect and harmless error that the negotiations between the Debtors and Creditor on the terms of the reaffirmation agreement went beyond the 60 day deadline of Rule 4008(a), and for the Court to exercise its discretion and enlarge the time to file a reaffirmation agreement until April 15, 2011.

DATED this 23rd day of March, 2011.

                      ELSAESSER JARZABEK ANDERSON
                      ELLIOTT & MACDONALD, CHTD.

                      /s/ James S. Macdonald
                      James S. Macdonald
                      Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 23rd day of March 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.:

- James Stephen Macdonald    jmacdonald@ejame.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Jon D Wasden    ustp.region18.bs.ecf@usdoj.gov
- C Barry Zimmerman    trustee13@frontier.com, coeurecf@ramapo.com;bzimmerman@ecf.epiqsystems.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Potlatch No. 1 Fed. C/U
PO Box 497
Lewiston, ID 83501-0497

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.


 /s/ James S. Macdonald
James S. Macdonald
Attorneys for Debtors